# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:23–cv–00803–SI

Ickes v. AMC Networks Inc.
Assigned to: Judge Susan Illston
Demand: $5,000,000
Cause: 28:1331 Fed. Question

Date Filed: 02/22/2023
Date Terminated: 06/30/2023
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Trisha Ickes**
*individually and on behalf of all others similarly situated*

represented by **Kate Jeffery Stoia**
Reese LLP
4030 23rd Street
San Francisco, CA 94114
415–260–0147
Email: kstoia@reesellp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Volney Granade**
Reese LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA 90211
(310) 939–0070
Fax: (212) 253–4272
Email: ggranade@reesellp.com
*TERMINATED: 06/05/2023*

**Kevin Laukaitis**
Laukaitis Law LLC
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
215–789–4462
Email: klaukaitis@ecf.courtdrive.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Robert Reese**
Reese LLP
100 West 93rd Street, 16th Floor
New York, NY 10025
(212) 643–0500
Email: mreese@reesellp.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

represented by

| AMC Networks Inc. | | | Ashley Lynn Shively |
|---|---|---|---|

AMC Networks Inc.
*doing business as*
AMC+

Ashley Lynn Shively
Holland & Knight LLP
560 Mission Street
Ste 19th Floor
San Francisco, CA 94105
415−743−6900
Email: ashley.shively@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlin Saladrigas**
Holland & Knight LLP
777 South Flagler Drive
Suite 1900 West
West Palm Beach, FL 33401
561−650−8349
Email: caitlin.saladrigas@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2023 | Ï 1 | COMPLAINT *Class Action Complaint and Demand for Jury Trial* against AMC Networks Inc. ( Filing fee $ 402, receipt number ACANDC−18013267.). Filed byTrisha Ickes. (Attachments: # 1 Civil Cover Sheet)(Granade, George) (Filed on 2/22/2023) (Entered: 02/22/2023) |
| 02/22/2023 | Ï 2 | Proposed Summons. (Granade, George) (Filed on 2/22/2023) (Entered: 02/22/2023) |
| 02/23/2023 | Ï 3 | Case assigned to Magistrate Judge Kandis A. Westmore.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 3/9/2023. (cv, COURT STAFF) (Filed on 2/23/2023) (Entered: 02/23/2023) |
| 02/23/2023 | Ï 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 6/13/2023. Initial Case Management Conference set for 6/20/2023 01:30 PM in Oakland, − To be determined. (dhm, COURT STAFF) (Filed on 2/23/2023) (Entered: 02/24/2023)** |
| 03/02/2023 | Ï 5 | NOTICE by Trisha Ickes *of Pendency of Other Action or Proceeding Pursuant to Civil L.R. 3−13* (Attachments: # 1 Exhibit 1)(Granade, George) (Filed on 3/2/2023) (Entered: 03/02/2023) |
| 03/09/2023 | Ï 6 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Trisha Ickes.. (Granade, George) (Filed on 3/9/2023) (Entered: 03/09/2023) |
| 03/10/2023 | Ï 7 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction |

| | | |
|---|---|---|
| | | have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.

ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE−NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.

*This is a text only docket entry; there is no document associated with this notice.* (wft, COURT STAFF) (Filed on 3/10/2023) (Entered: 03/10/2023) |
| 03/10/2023 | Ï 8 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Susan Illston for all further proceedings. Magistrate Judge Kandis A. Westmore no longer assigned to case. Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras.Signed by The Clerk on 03/10/2023. (Attachments: # 1 Notice of Eligibility for Video Recording)(jrs, COURT STAFF) (Filed on 3/10/2023) (Entered: 03/10/2023)** |
| 03/13/2023 | Ï 9 | INITIAL CASE MANAGEMENT GUIDELINE AND CLERK'S NOTICE ON REASSIGNMENT. (ec, COURT STAFF) (Filed on 3/13/2023) (Entered: 03/13/2023) |
| 04/11/2023 | Ï 10 | WAIVER OF SERVICE Returned Executed filed by Trisha Ickes. Service waived by AMC Networks Inc. waiver sent on 4/3/2023, answer due 6/2/2023. (Granade, George) (Filed on 4/11/2023) (Entered: 04/11/2023) |
| 04/28/2023 | Ï 11 | MOTION to Dismiss or Transfer Proceedings; Memorandum of Points and Authorities in Support Thereof filed by AMC Networks Inc.. Motion Hearing set for 6/9/2023 10:00 AM in San Francisco, Courtroom 01, 17th Floor before Judge Susan Illston. Responses due by 5/12/2023. Replies due by 5/19/2023. (Shively, Ashley) (Filed on 4/28/2023) Modified text on 5/1/2023 (dhm, COURT STAFF). (Entered: 04/28/2023) |
| 04/28/2023 | Ï 12 | Request for Judicial Notice *Request for Judicial Notice in Support of Defendant's Motion to Dismiss or Transfer Proceedings* filed byAMC Networks Inc.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Shively, Ashley) (Filed on 4/28/2023) (Entered: 04/28/2023) |
| 04/28/2023 | Ï 13 | Proposed Order re 11 MOTION to Dismiss *Notice of Motion and Motion to Dismiss or Transfer Proceedings; Memorandum of Points and Authorities in Support Thereof*, 12 Request for Judicial Notice, *[Proposed] Order Granting Defendant AMC Networks, Inc.'s Motion to Dismiss or Transfer* by AMC Networks Inc.. (Shively, Ashley) (Filed on 4/28/2023) (Entered: 04/28/2023) |
| 04/28/2023 | Ï 14 | Proposed Order re 13 Proposed Order, 11 MOTION to Dismiss *Notice of Motion and Motion to Dismiss or Transfer Proceedings; Memorandum of Points and Authorities in Support Thereof*, 12 Request for Judicial Notice, *[Proposed] Order Granting Defendant AMC Networks, Inc.'s Request for Judicial Notice* by AMC Networks Inc.. (Shively, Ashley) (Filed on 4/28/2023) (Entered: 04/28/2023) |
| 05/04/2023 | Ï 15 | CLERK'S NOTICE CONTINUING MOTION HEARING: The Motion to Dismiss or Transfer 11 is CONTINUED TO 6/23/2023 at 10:00 AM in San Francisco, – Videoconference Only before Judge Susan Illston. This proceeding will be held via a Zoom webinar.

The BRIEFING SCHEDULE REMAINS UNCHANGED: Responses due by 5/12/2023. Replies due by 5/19/2023.

**MANDATORY ZOOM REGISTRATION:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the |

| | | |
|---|---|---|
| | | argument at the hearing. A list of names and emails must be sent to the CRD at sicrd@cand.uscourts.gov no later than 6/14/2023 at 2 pm.

**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/si

**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.

**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.

Motion Hearing set for 6/23/2023 10:00 AM in San Francisco, – Videoconference Only before Judge Susan Illston. (ec, COURT STAFF) (Filed on 5/4/2023). *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (Entered: 05/04/2023) |
| 05/10/2023 | 16 | STIPULATION WITH PROPOSED ORDER re 11 MOTION to Dismiss or Transfer Proceedings *Stipulation and Proposed Order to Extend Briefing Schedule on Motion to Dismiss or Transfer Proceedings* filed by Trisha Ickes. (Granade, George) (Filed on 5/10/2023) (Entered: 05/10/2023) |
| 05/11/2023 | 17 | **Order by Judge Susan Illston granting 16 Stipulation to Extend Briefing on Motion to Dismiss or Transfer Proceedings.(ec, COURT STAFF) (Filed on 5/11/2023) (Entered: 05/11/2023)** |
| 05/19/2023 | 18 | OPPOSITION/RESPONSE (re 11 MOTION to Dismiss or Transfer Proceedings ) filed byTrisha Ickes. (Attachments: # 1 Declaration of George V. Granade, # 2 Exhibit 1 – McCoy voluntary dismissal, # 3 Exhibit 2 – McCoy docket report)(Granade, George) (Filed on 5/19/2023) (Entered: 05/19/2023) |
| 05/19/2023 | 19 | Statement of Non−Opposition re 12 Request for Judicial Notice, filed byTrisha Ickes. (Related document(s) 12 ) (Granade, George) (Filed on 5/19/2023) (Entered: 05/19/2023) |
| 05/26/2023 | 20 | REPLY (re 11 MOTION to Dismiss or Transfer Proceedings ) filed byAMC Networks Inc.. (Shively, Ashley) (Filed on 5/26/2023) (Entered: 05/26/2023) |
| 05/30/2023 | 21 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−18311428.) filed by Trisha Ickes. (Attachments: # 1 Exhibit Certificate of Good Standing)(Laukaitis, Kevin) (Filed on 5/30/2023) (Entered: 05/30/2023) |
| 05/30/2023 | | Electronic filing error. This filing will not be processed by the clerks office. The email listed under the Pro Hac Vice Applicant does not match ecf. Please re−file in its entirety. Re: 21 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−18311428.) filed by Trisha Ickes. (ec, COURT STAFF) (Filed on 5/30/2023) (Entered: 05/30/2023) |
| 05/31/2023 | 22 | MOTION for leave to appear in Pro Hac Vice *(Corrected)* ( Filing fee $ 317, receipt number ACANDC−18311428.) Filing fee previously paid on 05/30/2023 filed by Trisha Ickes. (Attachments: # 1 Exhibit Certificate of Good Standing)(Laukaitis, Kevin) (Filed on 5/31/2023) (Entered: 05/31/2023) |
| 05/31/2023 | 23 | **Order by Judge Susan Illston granting 22 Motion for Pro Hac Vice of Kevin Laukaitis.(ec, COURT STAFF) (Filed on 5/31/2023) (Entered: 05/31/2023)** |
| 05/31/2023 | 24 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *(Plaintiff, Trisha Ickes)* (Laukaitis, Kevin) (Filed on 5/31/2023) (Entered: 05/31/2023) |
| 06/01/2023 | 25 | STIPULATION WITH PROPOSED ORDER *Joint Stipulation Requesting to Extend Deadline to Answer or Move in Response to Complaint and Continuing Case Management Conference* filed by |

| | | |
|---|---|---|
| | | AMC Networks Inc.. (Attachments: # 1 Proposed Order)(Shively, Ashley) (Filed on 6/1/2023) (Entered: 06/01/2023) |
| 06/02/2023 | 26 | **Order by Judge Susan Illston granting 25 Stipulation.**<br><br>Joint Case Management Statement due by 9/8/2023. Initial Case Management Conference CONTINUED TO 9/15/2023 at 02:30 PM – Videoconference Only.(ec, COURT STAFF) (Filed on 6/2/2023) (Entered: 06/02/2023) |
| 06/05/2023 | 27 | NOTICE of Substitution of Counsel by Kate Jeffery Stoia (Stoia, Kate) (Filed on 6/5/2023) (Entered: 06/05/2023) |
| 06/13/2023 | 28 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−18355232.) filed by AMC Networks Inc.. (Attachments: # 1 Certificate/Proof of Service Certificate of Good Standing for Caitlin F. Saladrigas)(Saladrigas, Caitlin) (Filed on 6/13/2023) (Entered: 06/13/2023) |
| 06/13/2023 | 29 | **Order by Judge Susan Illston granting 28 Motion for Pro Hac Vice of Caitlin Saladrigas.(ec, COURT STAFF) (Filed on 6/13/2023) (Entered: 06/13/2023)** |
| 06/14/2023 | 30 | NOTICE by AMC Networks Inc. re 20 Reply to Opposition/Response *Of CORRECTION to Reply Brief in Support of Motion to Dismiss or Transfer Proceedings* (Shively, Ashley) (Filed on 6/14/2023) (Entered: 06/14/2023) |
| 06/23/2023 | 31 | **Minute Entry for proceedings held via Zoom webinar before Judge Susan Illston: Motion Hearing held on 6/23/2023 re 11 MOTION to Dismiss or Transfer Proceedings filed by AMC Networks Inc.**<br><br>Total Time in Court: 12 Minutes.<br>Court Reporter: Jennifer Coulthard.<br><br>Plaintiff Attorney: Kate Stoia.<br>Defendant Attorney: Ashley Shively, Caitlin Saladrigas.<br><br>(ec, COURT STAFF) (Date Filed: 6/23/2023) (Entered: 06/23/2023) |
| 06/30/2023 | 32 | **ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER AND TRANSFERRING THIS CASE TO THE SOUTHERN DISTRICT OF NEW YORK granting 11 Motion to Dismiss. (Illston, Susan) (Filed on 6/30/2023) (Entered: 06/30/2023)** |